1

**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
2 Daryl E. Martin, Esq. (6735)
7440 W. Sahara Ave.
3 Las Vegas, NV 89117
Tel. (702) 255-1718
4 Fax: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
5 *Attorneys for Service Employees*
*International Union, Local 1107*

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9 SUNRISE MOUNTAINVIEW HOSPITAL, INC.
d/b/a MOUNTAINVIEW HOSPITAL,
10                                                          Case No. 2:22-cv-00668-JAD-EJY

11             Plaintiff,
                                                         **STIPULATION AND ORDER**
12       v.                                              **TO DISMISS CASES**

13 SERVICE   EMPLOYEES   INTERNATIONAL
UNION, LOCAL 1107,
14
             Defendant.
15

16 NEVADA SERVICE EMPLOYEES UNION aka          Consolidated Case: 2:22-cv-00673
SERVICE EMPLOYEES INTERNATIONAL
17 UNION, LOCAL 1107,

18             Plaintiff,

19       v.

20 SUNRISE MOUNTAINVIEW HOSPITAL, INC.
d/b/a MOUNTAINVIEW HOSPITAL,
21
22             Defendant.

23

24       Plaintiff/Defendant Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital

25 ("Hospital") and Defendant/Plaintiff Nevada Service Employees Union, aka Service Employees

26 International Union, Local 1107 ("Union") (Union and Hospital are collectively the "Parties"),

27

28

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

acting through their respective counsel of record, respectfully report that all claims and disputes that led the Parties to file of these consolidated cases have been resolved. The Parties therefore file this joint Stipulation to dismiss the cases, including the stayed claim asserted by the Hospital against the Union, with prejudice.

DATED this 15th day of March, 2023.    CHRISTENSEN JAMES & MARTIN, CHTD.

By:    */s/ Daryl E. Martin*
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
EVAN L. JAMES, ESQ.
Nevada Bar No. 7760
*Attorneys for Defendant/Plaintiff Service Employees International Union, Local 1107*

DATED this 15th day of March, 2023.    FORDHARRISON LLP

By:    */s/ Heath H. Edwards*
HEATH H. EDWARDS, ESQ.
Tennessee Bar No. 034076
*Attorney for Plaintiff/Defendant MountainView Hospital*

## ORDER

Good Cause Appearing, the Court approves the Parties' Stipulation and orders that the consolidated cases 2:22-cv-00668 and 2:22-cv-00673, including the stayed claim asserted by the Hospital against the Union, are dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THESE CASES.

_____
United States District Court Judge

Dated:   3-20-23

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-2-